# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:19-CV-147-KDB-DCK

| | |
|---|---|
| Z-MAN FISHING PRODUCTS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JEFFERY C. QUEEN and QUEEN TACKLE ) | |
| LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Tasneem A. Dharamsi, concerning Timothy D. St. Clair, on November 13, 2019. Timothy D. St. Clair seeks to appear as counsel *pro hac vice* for Plaintiff Z-Man Fishing Products, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**. Timothy D. St. Clair is hereby admitted *pro hac vice* to represent Plaintiff Z-Man Fishing Products, Inc.

**SO ORDERED**.

Signed: November 13, 2019

David C. Keesler
United States Magistrate Judge