**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| Z-Man Fishing Products, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Jeffrey C. Queen and<br>Queen Tackle LLC,<br><br>Defendants. | ) | Civil Action No. 5:19-cv-00147-KDB-DCK<br><br>**ANSWER TO COUNTERCLAIMS**<br><br>JURY TRIAL DEMANDED |

Plaintiff Z-Man Fishing Products, Inc. answers Defendants' "Answer to Complaint and Counterclaims" (Docket # 12) as follows:

1. As to the allegations in Paragraphs 1 through 79, Pages 1 – 15 of Docket # 12, Plaintiff adopts by reference its allegations of its Complaint and denies any inconsistent, contrary, different, or more expansive allegation by Defendants.

**PARTIES**

2. The allegations of Paragraph 1 of the Counterclaims are admitted.

3. The allegations of Paragraph 2 of the Counterclaims are admitted.

4. The allegations of Paragraph 3 of the Counterclaims are admitted.

**JURISDICTION**

5. As to the allegations of Paragraph 4 of the Counterclaims, Plaintiff admits that Defendants assert their counterclaims under the cited statutes, but denies that Defendants, or either of them, have evidentiary support for the counterclaims.

6. The allegations of Paragraph 5 of the Counterclaims are admitted.

7. As to the allegations of Paragraph 6 of the Counterclaims, Plaintiff admits only that the Court has personal jurisdiction over the Plaintiff because Plaintiff has commenced this action; except as so limitedly admitted, the allegations of Paragraph 6 are denied.

## Z-MAN FISHING'S ASSERTED PATENTS

8. As to the allegations of Paragraph 7 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 7 to the extent they incorporate matters otherwise denied.

9. The allegations of Paragraph 8 of the Counterclaims are admitted.

10. The allegations of Paragraph 9 of the Counterclaims are admitted.

11. The allegations of Paragraph 10 of the Counterclaims are admitted.

12. The allegations of Paragraph 11 of the Counterclaims are admitted.

13. The allegations of Paragraph 12 of the Counterclaims are admitted.

## Z-MAN FISHING'S ASSERTED TRADEMARK REGISTRATION

14. The allegations of Paragraph 13 of the Counterclaims are admitted.

15. The allegations of Paragraph 14 of the Counterclaims are admitted.

16. The allegations of Paragraph 15 of the Counterclaims are admitted.

17. The allegations of Paragraph 16 of the Counterclaims are admitted.

## THIRD PARTY USE OF FISHING LURES WITH HEXAGONAL BLADES

18. The allegations of Paragraph 17 of the Counterclaims are admitted.

19. The allegations of Paragraph 18 of the Counterclaims are denied.

20. The allegations of Paragraph 19 of the Counterclaims are denied.

21. The allegations of Paragraph 20 of the Counterclaims are denied.

22. The allegations of Paragraph 21 of the Counterclaims are denied.

23. Plaintiff lacks information and knowledge sufficient to form a belief as to the allegations of Paragraph 22 of the Counterclaims and therefore must deny them.

24. Plaintiff lacks information and knowledge sufficient to form a belief as to the allegations of Paragraph 23 of the Counterclaims and therefore must deny them.

25. The allegations of Paragraph 24 of the Counterclaims are denied.

## COUNT I
## Declaration of Noninfringement of U. S. Patent No. 7,627,978

26. As to the allegations of Paragraph 25 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 25 to the extent they incorporate matters otherwise denied.

27. The allegations of Paragraph 26 of the Counterclaims are admitted.

28. The allegations of Paragraph 27 of the Counterclaims are denied.

29. As to the allegations of Paragraph 28 of the Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

30. The allegations of Paragraph 29 of the Counterclaims are denied.

31. The allegations of Paragraph 30 of the Counterclaims are denied.

32. The allegations of Paragraph 31 of the Counterclaims are denied.

**<u>COUNT II</u>**
**Declaration of Invalidity of U. S. Patent No. 7,627,978**

33. As to the allegations of Paragraph 32 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 32 to the extent they incorporate matters otherwise denied.

34. The allegations of Paragraph 33 of the Counterclaims are denied.

35. The allegations of Paragraph 34 of the Counterclaims are admitted.

36. The allegations of Paragraph 35 of the Counterclaims are admitted.

37. The allegations of Paragraph 36 of the Counterclaims are denied.

**<u>COUNT III</u>**
**Declaration of Noninfringement of U. S. Patent No. 7,726,062**

38. As to the allegations of Paragraph 37 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 37 to the extent they incorporate matters otherwise denied.

39. The allegations of Paragraph 38 of the Counterclaims are admitted.

40. The allegations of Paragraph 39 of the Counterclaims are denied.

41. As to the allegations of Paragraph 40 of the Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

42. The allegations of Paragraph 41 of the Counterclaims are denied.

43. The allegations of Paragraph 42 of the Counterclaims are denied.

**<u>COUNT IV</u>**
**Declaration of Invalidity of U. S. Patent No. 7,726,062**

44. As to the allegations of Paragraph 43 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 43 to the extent they incorporate matters otherwise denied.

45. The allegations of Paragraph 44 of the Counterclaims are denied.

46. The allegations of Paragraph 45 of the Counterclaims are admitted.

47. The allegations of Paragraph 46 of the Counterclaims are admitted.

48. The allegations of Paragraph 47 of the Counterclaims are denied.

**<u>COUNT V</u>**
**Declaration of Noninfringement of U. S. Patent No. 9,253,967**

49. As to the allegations of Paragraph 48 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 48 to the extent they incorporate matters otherwise denied.

50. The allegations of Paragraph 49 of the Counterclaims are admitted.

51. The allegations of Paragraph 50 of the Counterclaims are denied.

52. As to the allegations of Paragraph 51 of the Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

53. The allegations of Paragraph 52 of the Counterclaims are denied.

54. The allegations of Paragraph 53 of the Counterclaims are denied.

## COUNT VI
## Declaration of Invalidity of U. S. Patent No. 9,253,967

55. As to the allegations of Paragraph 54 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 54 to the extent they incorporate matters otherwise denied.

56. The allegations of Paragraph 55 of the Counterclaims are denied.

57. The allegations of Paragraph 56 of the Counterclaims are admitted.

58. The allegations of Paragraph 57 of the Counterclaims are admitted.

59. The allegations of Paragraph 58 of the Counterclaims are denied.

## COUNT VII
## Cancellation of Asserted Registration for Genericness – 15 U. S. C § 1064(3)

60. As to the allegations of Paragraph 59 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 59 to the extent they incorporate matters otherwise denied.

61. The allegations of Paragraph 60 of the Counterclaims are admitted.

62. The allegations of Paragraph 61 of the Counterclaims are denied.

63. The allegations of Paragraph 62 of the Counterclaims are denied.

64. The allegations of Paragraph 63 of the Counterclaims are denied.

65. The allegations of Paragraph 64 of the Counterclaims are denied.

**<u>COUNT VIII</u>**
**Cancellation of Asserted Registration for Functionality – 15 U. S. C § 1064(3)**

66. As to the allegations of Paragraph 65 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 65 to the extent they incorporate matters otherwise denied.

67. The allegations of Paragraph 66 of the Counterclaims are admitted.

68. As to the allegations of Paragraph 67 of the Counterclaims, those of the first sentence are admitted and those of the second sentence are denied.

69. As to the allegations of Paragraph 68 of the Counterclaims, those of the first sentence are admitted and those of the second sentence are denied.

70. The allegations of Paragraph 69 of the Counterclaims are denied.

71. The allegations of Paragraph 70 of the Counterclaims are denied.

72. The allegations of Paragraph 71 of the Counterclaims are denied.

**<u>COUNT IX</u>**
**Fraud on the Trademark Office – 15 U. S. C §§ 1064(3) and 1120**

73. As to the allegations of Paragraph 72 of the Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 72 to the extent they incorporate matters otherwise denied.

74. The allegations of Paragraph 73 of the Counterclaims are admitted.

75. The allegations of Paragraph 74 of the Counterclaims are admitted.

76. The allegations of Paragraph 75 of the Counterclaims are admitted.

77. The allegations of Paragraph 76 of the Counterclaims are admitted.

78. The allegations of Paragraph 77 of the Counterclaims are admitted.

79. The allegations of Paragraph 78 of the Counterclaims are denied.

80. The allegations of Paragraph 79 of the Counterclaims are denied.

81. The allegations of Paragraph 80 of the Counterclaims are denied.

82. The allegations of Paragraph 81 of the Counterclaims are denied.

83. The allegations of Paragraph 82 of the Counterclaims are denied.

84. The allegations of Paragraph 83 of the Counterclaims are admitted.

85. The allegations of Paragraph 84 of the Counterclaims are admitted upon information and belief.

86. The allegations of Paragraph 85 of the Counterclaims are admitted.

87. The allegations of Paragraph 86 of the Counterclaims are admitted upon information and belief.

88. The allegations of Paragraph 87 of the Counterclaims are denied.

89. The allegations of Paragraph 88 of the Counterclaims are denied.

90. The allegations of Paragraph 89 of the Counterclaims are denied.

91. The allegations of Paragraph 90 of the Counterclaims are denied.

92. The allegations of Paragraph 91 of the Counterclaims are denied.

93. The allegations of Paragraph 92 of the Counterclaims are denied.

94. The allegations of Paragraph 93 of the Counterclaims are denied.

95. The allegations of Paragraph 94 of the Counterclaims are denied.

96. Plaintiff denies each and every allegation of Defendants' "Answer to Complaint and Counterclaims" not specifically admitted, qualified, or explained herein.

97. Plaintiff denies that Defendants, or either of them, are entitled to any of the relief or remedies requested in Defendants' "Answer to Complaint and Counterclaims."

## JURY DEMAND

Plaintiff demands a trial by jury on all issues triable to a jury.

**WHEREFORE**, Plaintiff prays that Defendants take nothing by way of Defendants' "Answer to Complaint and Counterclaims," that Defendants' "Answer to Complaint and Counterclaims" be dismissed with prejudice, and that judgment be entered as prayed in Plaintiff's Complaint.

Respectfully submitted,

PARKER POE ADAMS & BERNSTEIN LLP

February 7, 2020

*/s/Tasneem A. Dharamsi*

Tasneem A. Dharamsi - NC State Bar No. 47697
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 335-9092
E-Mail: tasneemdharamsi@parkerpoe.com

Timothy D. St. Clair (*pro hac vice* motion to be filed)
110 East Court Street, Suite 200
Greenville, South Carolina 29601
(864) 577-6371
E-Mail: timstclair@parkerpoe.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing ANSWER TO COUNTERCLAIMS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rodrick J. Enns
renns@ennsandarcher.com

Douglas William Meier
dmeier@nkpatentlaw.com

Attorneys for Defendants

February 7, 2020

*/s/Tasneem A. Dharamsi*
Tasneem A. Dharamsi - NC State Bar No. 47697
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 335-9092
E-Mail: tasneemdharamsi@parkerpoe.com

ATTORNEYS FOR PLAINTIFF