**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**

| | | |
|---|---|---|
| Z-Man Fishing Products, Inc., | ) | Civil Action No. 5:19-cv-00147-KDB-DCK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ANSWER TO AMENDED COUNTERCLAIMS** |
| | ) | |
| Jeffrey C. Queen and Queen Tackle LLC, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |
| | ) | |

Plaintiff Z-Man Fishing Products, Inc. answers Defendants' "Answer to First Amended Complaint and Amended Counterclaims" (Docket # 15) as follows:

1. As to the allegations in Paragraphs 1 through 88, Pages 1 – 17 of Docket # 15, Plaintiff adopts by reference its allegations of its First Amended Complaint and denies any inconsistent, contrary, different, or more expansive allegation by Defendants.

## PARTIES

2. The allegations of Paragraph 1 of the Amended Counterclaims are admitted.

3. The allegations of Paragraph 2 of the Amended Counterclaims are admitted.

4. The allegations of Paragraph 3 of the Amended Counterclaims are admitted.

## JURISDICTION

5. As to the allegations of Paragraph 4 of the Amended Counterclaims, Plaintiff admits that Defendants assert their counterclaims under the cited statutes, but denies that Defendants, or either of them, have evidentiary support for their counterclaims.

6. The allegations of Paragraph 5 of the Amended Counterclaims are admitted.

7. As to the allegations of Paragraph 6 of the Amended Counterclaims, Plaintiff admits only that the Court has personal jurisdiction over the Plaintiff because Plaintiff has commenced this action; except as so limitedly admitted, the allegations of Paragraph 6 are denied.

## Z-MAN FISHING'S ASSERTED PATENTS

8. As to the allegations of Paragraph 7 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 7 to the extent they incorporate matters otherwise denied.

9. The allegations of Paragraph 8 of the Amended Counterclaims are admitted.

10. The allegations of Paragraph 9 of the Amended Counterclaims are admitted.

11. The allegations of Paragraph 10 of the Amended Counterclaims are admitted.

12. The allegations of Paragraph 11 of the Amended Counterclaims are admitted.

13. The allegations of Paragraph 12 of the Amended Counterclaims are admitted.

## Z-MAN FISHING'S ASSERTED TRADEMARK REGISTRATION

14. The allegations of Paragraph 13 of the Amended Counterclaims are admitted.

15. The allegations of Paragraph 14 of the Amended Counterclaims are admitted.

16. The allegations of Paragraph 15 of the Amended Counterclaims are admitted.

17. The allegations of Paragraph 16 of the Amended Counterclaims are admitted.

## THIRD PARTY USE OF FISHING LURES WITH HEXAGONAL BLADES

18. The allegations of Paragraph 17 of the Amended Counterclaims are admitted.

19. The allegations of Paragraph 18 of the Amended Counterclaims are denied.

20. The allegations of Paragraph 19 of the Amended Counterclaims are denied.

21. The allegations of Paragraph 20 of the Amended Counterclaims are denied.

22. The allegations of Paragraph 21 of the Amended Counterclaims are denied.

23. Plaintiff lacks information and knowledge sufficient to form a belief as to the allegations of Paragraph 22 of the Amended Counterclaims and therefore must deny them.

24. Plaintiff lacks information and knowledge sufficient to form a belief as to the allegations of Paragraph 23 of the Amended Counterclaims and therefore must deny them.

25. The allegations of Paragraph 24 of the Amended Counterclaims are denied.

**COUNT I**
**Declaration of Noninfringement of U. S. Patent No. 7,627,978**

26. As to the allegations of Paragraph 25 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 25 to the extent they incorporate matters otherwise denied.

27. The allegations of Paragraph 26 of the Amended Counterclaims are admitted.

28. The allegations of Paragraph 27 of the Amended Counterclaims are denied.

29. As to the allegations of Paragraph 28 of the Amended Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

30. The allegations of Paragraph 29 of the Amended Counterclaims are denied.

31. The allegations of Paragraph 30 of the Amended Counterclaims are denied.

32. The allegations of Paragraph 31 of the Amended Counterclaims are denied.

**COUNT II**
**Declaration of Invalidity of U. S. Patent No. 7,627,978**

33. As to the allegations of Paragraph 32 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 32 to the extent they incorporate matters otherwise denied.

34. The allegations of Paragraph 33 of the Amended Counterclaims are denied.

35. The allegations of Paragraph 34 of the Amended Counterclaims are admitted.

36. The allegations of Paragraph 35 of the Amended Counterclaims are admitted.

37. The allegations of Paragraph 36 of the Amended Counterclaims are denied.

## <u>COUNT III</u>
## Declaration of Noninfringement of U. S. Patent No. 7,726,062

38. As to the allegations of Paragraph 37 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 37 to the extent they incorporate matters otherwise denied.

39. The allegations of Paragraph 38 of the Amended Counterclaims are admitted.

40. The allegations of Paragraph 39 of the Amended Counterclaims are denied.

41. As to the allegations of Paragraph 40 of the Amended Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

42. The allegations of Paragraph 41 of the Amended Counterclaims are denied.

43. The allegations of Paragraph 42 of the Amended Counterclaims are denied.

## <u>COUNT IV</u>
## Declaration of Invalidity of U. S. Patent No. 7,726,062

44. As to the allegations of Paragraph 43 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set

forth elsewhere in this Answer, and denies the allegations of Paragraph 43 to the extent they incorporate matters otherwise denied.

45. The allegations of Paragraph 44 of the Amended Counterclaims are denied.

46. The allegations of Paragraph 45 of the Amended Counterclaims are admitted.

47. The allegations of Paragraph 46 of the Amended Counterclaims are admitted.

48. The allegations of Paragraph 47 of the Amended Counterclaims are denied.

## COUNT V
## Declaration of Noninfringement of U. S. Patent No. 9,253,967

49. As to the allegations of Paragraph 48 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 48 to the extent they incorporate matters otherwise denied.

50. The allegations of Paragraph 49 of the Amended Counterclaims are admitted.

51. The allegations of Paragraph 50 of the Amended Counterclaims are denied.

52. As to the allegations of Paragraph 51 of the Amended Counterclaims, those of the first sentence are denied and those of the second sentence are admitted.

53. The allegations of Paragraph 52 of the Amended Counterclaims are denied.

54. The allegations of Paragraph 53 of the Amended Counterclaims are denied.

**COUNT VI**
**Declaration of Invalidity of U. S. Patent No. 9,253,967**

55. As to the allegations of Paragraph 54 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 54 to the extent they incorporate matters otherwise denied.

56. The allegations of Paragraph 55 of the Amended Counterclaims are denied.

57. The allegations of Paragraph 56 of the Amended Counterclaims are admitted.

58. The allegations of Paragraph 57 of the Amended Counterclaims are admitted.

59. The allegations of Paragraph 58 of the Amended Counterclaims are denied.

**COUNT VII**
**Cancellation of Asserted Registration for Genericness – 15 U. S. C § 1064(3)**

60. As to the allegations of Paragraph 59 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 59 to the extent they incorporate matters otherwise denied.

61. The allegations of Paragraph 60 of the Amended Counterclaims are admitted.

62. The allegations of Paragraph 61 of the Amended Counterclaims are denied.

63. The allegations of Paragraph 62 of the Amended Counterclaims are denied.

64. The allegations of Paragraph 63 of the Amended Counterclaims are denied.

65. The allegations of Paragraph 64 of the Amended Counterclaims are denied.

**COUNT VIII**
**Cancellation of Asserted Registration for Functionality – 15 U. S. C § 1064(3)**

66. As to the allegations of Paragraph 65 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 65 to the extent they incorporate matters otherwise denied.

67. The allegations of Paragraph 66 of the Amended Counterclaims are admitted.

68. As to the allegations of Paragraph 67 of the Amended Counterclaims, those of the first sentence are admitted and those of the second sentence are denied.

69. As to the allegations of Paragraph 68 of the Amended Counterclaims, those of the first sentence are admitted and those of the second sentence are denied.

70. The allegations of Paragraph 69 of the Amended Counterclaims are denied.

71. The allegations of Paragraph 70 of the Amended Counterclaims are denied.

72. The allegations of Paragraph 71 of the Amended Counterclaims are denied.

**COUNT IX**
**Fraud on the Trademark Office – 15 U. S. C §§ 1064(3) and 1120**

73. As to the allegations of Paragraph 72 of the Amended Counterclaims, Plaintiff repeats and realleges its preceding allegations, as well as all other defenses set forth elsewhere in this Answer, and denies the allegations of Paragraph 72 to the extent they incorporate matters otherwise denied.

74. The allegations of Paragraph 73 of the Amended Counterclaims are admitted.

75. The allegations of Paragraph 74 of the Amended Counterclaims are admitted.

76. The allegations of Paragraph 75 of the Amended Counterclaims are admitted.

77. The allegations of Paragraph 76 of the Amended Counterclaims are admitted.

78. The allegations of Paragraph 77 of the Amended Counterclaims are admitted.

79. The allegations of Paragraph 78 of the Amended Counterclaims are denied.

80. The allegations of Paragraph 79 of the Amended Counterclaims are denied.

81. The allegations of Paragraph 80 of the Amended Counterclaims are denied.

82. The allegations of Paragraph 81 of the Amended Counterclaims are denied.

83. The allegations of Paragraph 82 of the Amended Counterclaims are denied.

84. The allegations of Paragraph 83 of the Amended Counterclaims are admitted.

85. The allegations of Paragraph 84 of the Amended Counterclaims are admitted upon information and belief.

86. The allegations of Paragraph 85 of the Amended Counterclaims are admitted.

87. The allegations of Paragraph 86 of the Amended Counterclaims are admitted upon information and belief.

88. The allegations of Paragraph 87 of the Amended Counterclaims are denied.

89. The allegations of Paragraph 88 of the Amended Counterclaims are denied.

90. The allegations of Paragraph 89 of the Amended Counterclaims are denied.

91. The allegations of Paragraph 90 of the Amended Counterclaims are denied.

92. The allegations of Paragraph 91 of the Amended Counterclaims are denied.

93. The allegations of Paragraph 92 of the Amended Counterclaims are denied.

94. The allegations of Paragraph 93 of the Amended Counterclaims are denied.

95. The allegations of Paragraph 94 of the Amended Counterclaims are denied.

96. Plaintiff denies each and every allegation of Defendants' "Answer to First Amended Complaint and Amended Counterclaims" not specifically admitted, qualified, or explained herein.

97. Plaintiff denies that Defendants, or either of them, are entitled to any of the relief or remedies requested in Defendants' "Answer to First Amended Complaint and Amended Counterclaims."

**JURY DEMAND**

Plaintiff demands a trial by jury on all issues triable to a jury.

**WHEREFORE**, Plaintiff prays that Defendants take nothing by way of Defendants' "Answer to First Amended Complaint and Amended Counterclaims," that Defendants' "Answer to First Amended Complaint and Amended Counterclaims" be dismissed with prejudice, and that judgment be entered as prayed in Plaintiff's First Amended Complaint.

Respectfully submitted,

PARKER POE ADAMS & BERNSTEIN LLP

March 6, 2020

*/s/Tasneem A. Dharamsi*
Tasneem A. Dharamsi - NC State Bar No. 47697
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 335-9092
E-Mail: tasneemdharamsi@parkerpoe.com

Timothy D. St. Clair (*pro hac vice* motion to be filed)
110 East Court Street, Suite 200
Greenville, South Carolina 29601
(864) 577-6371
E-Mail: timstclair@parkerpoe.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing ANSWER TO AMENDED COUNTERCLAIMS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Rodrick J. Enns
renns@ennsandarcher.com

Douglas William Meier
dmeier@nkpatentlaw.com

Attorneys for Defendants

March 6, 2020

_/s/Tasneem A. Dharamsi_
Tasneem A. Dharamsi - NC State Bar No. 47697
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(704) 335-9092
E-Mail: tasneemdharamsi@parkerpoe.com

ATTORNEYS FOR PLAINTIFF